**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

| | |
|---|---|
| Appellate case name: | Dwayne Rayshaun Wilson v. Sterling Shire Apartments |
| Appellate case number: | 01-17-00785-CV |
| Trial court case number: | 1098747 |
| Trial court: | Harris County Civil Court at Law No. 4 |

Appellant, Dwayne Rayshaun Wilson, has filed a notice of appeal of the trial court's final judgment in a forcible detainer action brought by appellee, Sterling Shire Apartments. In his notice of appeal, appellant named Sterling Shire, its attorney, Duke Amos, and the Honorable Robert Lloyd, presiding judge of Harris County Civil Court of Law No. 4, as appellees. An appellee, however, must be a party to the trial court's final judgment and someone against whom the appellant raises issues or points of error in the appellant's brief. *See Gray v. Allen*, 41 S.W.3d 330, 331 n.2 (Tex. App.—Fort Worth 2001, no pet.); *see also Showbiz Multimedia, LLC v. Mountain States Mortg. Ctrs., Inc.*, 303 S.W.3d 769, 771 n.3 (Tex. App.—Houston [1st Dist.] 2009, no pet.). Although appellant raises issues against them in his brief, neither Amos nor Judge Lloyd are parties to the final judgment in the underlying case. Therefore, Amos and Judge Lloyd are not "appellees" or otherwise parties to this appeal.

Accordingly, we **dismiss as moot** (1) "Putative Appellees the Honorable Roberta Lloyd-County Court at Law No. 4's Opposed Motion to Dismiss," (2) "Putative Appellees the Honorable Roberta Lloyd-County Court at Law No. 4's Opposed Motion to Stay Briefing Deadline," and (3) Amos's "Co-Appellee's Motion to Dismiss."

It is so ORDERED.

Judge's signature:   /s/ Russell Lloyd
                            ☑ Acting individually    ☐ Acting for the Court

Date: January 25, 2018